**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GUARDIAN POOL FENCE**
**SYSTEMS, INC.,**

      **Plaintiff,**

**v.**                      **Case No.: 8:05-cv-1138-T-30MSS**

**TROY GAVIN,**

      **Defendant.**

_____/

## ORDER

This matter is before the Court for consideration of Plaintiff's Motion to Compel Responses to Interrogatories and Requests for Production of Documents (Dkt. 26) (the "Motion to Compel"). On January 25, 2006, Plaintiff served Defendant with a first set of interrogatories and requests for production of documents to which Defendant has yet to respond. Plaintiff's lawyer states that when he called Defendant on May 30, 2006, about Defendant's failure to respond to the interrogatories and requests for production, Defendant stated, in pertinent part, that his lawyer was handling the matter and that he could not discuss anything with Plaintiff's counsel (Dkt. 26 at 6). However, no lawyer for Defendant has filed a notice of appearance in this case.

To date, Defendant has failed to provide Plaintiff with the responses and documents requested in the first set of interrogatories and requests for production. In addition, Defendant has failed to file a timely response to Plaintiff's Motion to Compel. Therefore, in consideration of Defendant's failure to file a response raising valid objections to the Motion to Compel, it is **ORDERED** that the Motion to Compel (Dkt. 26) is **GRANTED**.

Defendant shall respond to Plaintiff's first set of interrogatories and requests for production

of documents within fifteen (15) days from the date of this Order.  In addition, if Defendant has

retained counsel as he intimated to Plaintiff's counsel, Defendant shall provide the Court with his

lawyer's name and contact information within five (5) days of the date of this Order.

**DONE and ORDERED** in Tampa, Florida on this 26th day of June 2006.

Copies to:
Counsel of Record
Defendant

_____
MARY S. SCRIVEN
United States Magistrate Judge