**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**GUARDIAN POOL FENCE
SYSTEMS, INC.,**

    Plaintiff,

v.                                              Case No.  8:05-cv-1138-T-30MSS

**TROY GAVIN,**

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff Guardian Pool Fence Systems, Inc.'s Motion for Permanent Injunction (Dkt. #32), Plaintiff Guardian Pool Fence Systems, Inc.'s Motion for Summary Judgment and for Sanctions (Dkt. #36), Defendant's Response (Dkt. #39), Plaintiff's Bill of Costs (Dkt. #46), and Declaration of Edward R. Schwartz in Support of Plaintiff's Bill of Costs (Dkt. #47).  The Court, having considered the motions, response, affidavits, exhibits, argument of both parties and being otherwise advised in the premises, finds that (1) Plaintiff's Motion for Permanent Injunction should be granted, and (2) Plaintiff's Motion for Summary Judgment and for Sanctions should be granted in part and denied in part as stated herein.

On June 16, 2006, this Court entered an Order (Dkt. #28) granting Plaintiff's Motion for Partial Summary Judgment Regarding Defendant's Liability as to Count I (Patent Infringement), Count II (Breach of Dealer Agreement), Count III (Breach of Settlement

Agreement), Count IV (Infringement of an Unregistered Trademark), and Count V (Infringement of a Registered Trademark). Plaintiff now seeks an award of damages in the amount of $30,000.00 resulting from Defendant's breach of the Settlement Agreement and an award of attorney's fees incurred by Plaintiff in connection with Defendant's patent and trademark infringement and breach of the Dealer Agreement.

The Plaintiff seeks to enforce the terms and conditions of the Settlement Agreement (Dkt. #35-3, Exhibit "B" pages 8 through 9) and the Agreement (Dkt. #35-3, Exhibit "A" pages 2 through 5) between the parties. In the Agreement, the parties contemplated the compromise and resolution of conflicts in Case No. 8:03-cv-679-SDM concerning patent infringement, breach of the Dealer Agreement, trademark infringement, common law unfair competition, and injunctive relief. The Settlement Agreement provided for the assignment of benefits by Defendant to Plaintiff in the amount of $30,000.00. The Settlement Agreement also provided that each party would bear its own attorney's fees and costs. Accordingly, the Court concludes that Plaintiff is entitled to an award of damages for breach of the Settlement Agreement in the amount of $30,000.00, as well as, reasonable costs incurred by Plaintiff in this case.

Additionally, the Court concludes that Plaintiff is barred by the Settlement Agreement between the parties from seeking attorney's fees pursuant to the Dealer Agreement. The Court declines to award attorney's fees as sanctions for *pro se* Defendant's past discovery violations. Further, the Court concludes that this case is not an "exceptional case " as

contemplated by the Patent Act or the Trademark Act, and therefore, Plaintiff is not entitled to attorney's fees under such theory.

Finally, the Court makes no finding as to whether Defendant's pending patent application currently violates Plaintiff's patent.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff Guardian Pool Fence Systems, Inc.'s Motion for Permanent Injunction (Dkt. #32) is GRANTED.

2. Troy Gavin d/b/a Gavin's Fencing, Inc., Gavin's Sun Solutions Inc., Gavin's Child Safety & Seawall Fencing, Gavin's Child Safety Fencing, Custom Rock Waterfalls & Pool Accessories or any other business owned or operated by Troy Gavin, shall immediately cease all offers for sale, sale, distribution, or transfer of any products which infringe United States Patent 5,664,769 of United States Trademark Registration No. 2,273,407.

3. Plaintiff Guardian Pool Fence Systems, Inc.'s Motion for Summary Judgment and for Sanctions (Dkt. #36) is GRANTED IN PART AND DENIED IN PART as stated herein.

4. Plaintiff Guardian Pool Fence Systems, Inc.'s Bill of Costs (Dkt. #46) is GRANTED.

5. The Clerk is directed to enter a **Judgment of Damages and Costs** in the amount of **$30,878.40** ($30,000.00 in damages and $878.40 in costs) in favor

of Plaintiff, Guardian Pool Fence Systems, Inc. and against Defendant, Troy Gavin.

6. The Clerk is directed to **CLOSE** this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on October 23, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-1138.inj 32 and msj 36.wpd